SIGMA PHI BUILDING ASSOCIATION OF THE FRATERNITY OF ALPHA CHI RHO, INC. *v.* BOARD OF ZONING APPEALS OF THE CITY OF NEW HAVEN ET AL.

The plaintiff's motion to dismiss the appeal of the intervening defendant Carole A. Laydon, from the Court of Common Pleas in New Haven is granted.

*Charles H. Fischer, Jr.,* for the appellee (plaintiff).

No appearance for the appellants (defendants).

Argued October 4—decided October 4, 1977

JOHN P. HOLMES ET AL. *v.* TIME INSURANCE COMPANY

The defendant's motion to dismiss the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Kenneth M. Evans,* for the appellee (defendant).

*Stephen N. Schaffer,* for the appellants (plaintiffs).

Argued October 4—decided October 4, 1977

CALVIN AREY *v.* JOHN R. MANSON

The defendant's motion to dismiss the appeal from the Superior Court in Hartford County is denied.

*L. D. McCallum,* assistant attorney general, for the appellee (defendant).

*Jerrold H. Barnett,* for the appellant (plaintiff).

Argued October 4—decided October 4, 1977